# In the United States Court of Federal Claims
### OFFICE OF SPECIAL MASTERS
No. 14-727V
Filed: December 16, 2015
UNPUBLISHED

* * * * * * * * * * * * * * * * * * * * * * * * * *
MICHAEL SCHLAAK, on behalf of the
minor child, J.N.S.,

        Petitioner,

v.

SECRETARY OF HEALTH
AND HUMAN SERVICES,

        Respondent.
* * * * * * * * * * * * * * * * * * * * * * * * * *

Attorneys' Fees and Costs; Stipulation;
Special Processing Unit ("SPU")

*Jarrod J. Papendorf, Menn Law Firm, Ltd., Appleton, WI*, for petitioner.
*Julia Wernett McInerny, U.S. Department of Justice, Washington, DC*, for respondent.

## DECISION ON JOINT STIPULATION[1]

**Dorsey**, Chief Special Master:

On August 11, 2014, petitioner filed a petition for compensation, on behalf of his minor child, J.N.S., under the National Vaccine Injury Compensation Program. 42 U.S.C. §300aa-10, *et seq.*,[2] [the "Vaccine Act"]. Petitioner alleged that J.N.S. suffered an idiopathic thrombocytopenia purpura ["ITP"] as a result of J.N.S's measles-mumps-rubella ["MMR"] vaccination on July 28, 2011. Petition at 1; Stipulation, filed December 4, 2015, ¶¶ 2, 4. On December 7, 2015, the undersigned issued a decision awarding compensation to petitioner based on the parties' Proffer.

On December 7, 2015, the parties filed a Stipulation for Payment of Fees and Costs. According to the stipulation, the parties stipulate to an award of $12,574.00 representing petitioner's attorneys' fees and $953.64 representing petitioner's attorneys' costs. In accordance with General Order #9, petitioner filed a statement on December

---

[1] Because this unpublished decision contains a reasoned explanation for the action in this case, the undersigned intends to post it on the United States Court of Federal Claims' website, in accordance with the E-Government Act of 2002, Pub. L. No. 107-347, § 205, 116 Stat. 2899, 2913 (codified as amended at 44 U.S.C. § 3501 note (2006)). In accordance with Vaccine Rule 18(b), petitioner has 14 days to identify and move to redact medical or other information, the disclosure of which would constitute an unwarranted invasion of privacy. If, upon review, the undersigned agrees that the identified material fits within this definition, the undersigned will redact such material from public access.

[2] National Childhood Vaccine Injury Act of 1986, Pub. L. No. 99-660, 100 Stat. 3755. Hereinafter, for ease of citation, all "§" references to the Vaccine Act will be to the pertinent subparagraph of 42 U.S.C. § 300aa (2012).

16, 2015, representing that he incurred no fees or costs related to the prosecution of this Petition.

The Vaccine Act permits an award of reasonable attorneys' fees and costs. 42 U.S.C. § 300 aa-15(e). Based on the reasonableness of petitioner's request and the lack of any objection by respondent, the undersigned **GRANTS** the request for approval and payment of attorneys' fees and costs.

**Accordingly, the undersigned awards the total of $13,527.64[3] as a lump sum in the form of a check jointly payable to petitioner and petitioner's counsel, Jarrod J. Papendorf.**

The clerk of the court shall enter judgment in accordance herewith.[4]

**IT IS SO ORDERED.**

**s/Nora Beth Dorsey**
Nora Beth Dorsey
Chief Special Master

---

[3] This amount is intended to cover all legal expenses incurred in this matter. This award encompasses all charges by the attorney against a client, "advanced costs" as well as fees for legal services rendered. Furthermore, 42 U.S.C. § 300aa-15(e)(3) prevents an attorney from charging or collecting fees (including costs) that would be in addition to the amount awarded herein. *See generally Beck v. Sec'y, HHS*, 924 F.2d 1029 (Fed. Cir.1991).

[4] Pursuant to Vaccine Rule 11(a), entry of judgment can be expedited by the parties' joint filing of notice renouncing the right to seek review.